## Commonwealth ex rel. Golson, Appellant, *v.* Hendrick.

Submitted June 13, 1966. *James G. Golson*, appellant, in propria persona; *Michael M. Baylson* and *Joseph M. Smith*, As-

sistant District Attorneys, and *Arlen Specter,* District Attorney, for appellee.

Order affirmed.